IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JOHN ANDROS,** *et al.*, | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | :  **CASE NO: 7:23-cv-135 (WLS)** |
| | : |
| **STEPHEN TINSLEY,** *et al.*, | : |
| | : |
| **DefendantS.** | : |
| _____ | : |

## ORDER

Pursuant to Local Rule 87, all nongovernmental corporate parties must file a Corporate Disclosure Statement with their initial pleading. M.D. Ga. L.R. 87. On January 12, 2024, Defendant National Insurance Crime Bureau Inc. filed its Answer (Doc. 7).

Accordingly, Defendant National Insurance Crime Bureau Inc. is hereby **ORDERED** to file a Corporate Disclosure Statement **immediately and no later than Friday, January 19, 2024.**

**SO ORDERED**, this 16th day of January 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**