IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JOHN ANDROS,** *et al.*, | : |
| Plaintiffs, | : |
| v. | :     CASE NO: 7:23-cv-135 (WLS) |
| **STEPHEN TINSLEY,** *et al.*, | : |
| Defendants. | : |

## ORDER

On February 2, 2024, Plaintiffs filed a First Amended Complaint (Doc. 13) ("Amended Complaint"). Therein, the Plaintiffs attempt to incorporate by reference "the allegations contained in their Original Complaint, Doc. 1." It is the practice in this District that an amended complaint must include all allegations and causes of action asserted against defendants and such amended complaint replaces the original complaint rather than supplementing the plaintiffs' allegations and causes of action.

Accordingly, on or before **Wednesday, February 14, 2024**, the Plaintiffs shall refile the Amended Complaint including all allegations and causes of action Plaintiffs assert against Defendants.

**SO ORDERED**, this 7th day of February 2024.

                                          /s/ W. Louis Sands
                                          **W. LOUIS SANDS, SR. JUDGE**
                                          **UNITED STATES DISTRICT COURT**