IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHN ANDROS, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :   CASE NO: 7:23-cv-135 (WLS) |
| | : |
| STEPHEN TINSLEY, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

Pending before the Court is Defendant National Insurance Crime Bureau's Motion to Dismiss and Brief in Support (Doc. 8) ("Motion to Dismiss"). On February 14, 2024, Plaintiff filed a Second Amended Complaint (Doc. 15).[1] Upon the filing of the Second Amended Complaint, pending motions to dismiss with respect to the prior complaint became moot.

Accordingly, the Court **DENIES AS MOOT**, without prejudice, the Motion to Dismiss (Doc. 8)

**SO ORDERED**, this 16th day of February 2024.

/s/  W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

---

[1] On February 2, 2024, Plaintiffs filed a First Amended Complaint (Doc. 13) in which they attempted to incorporate by reference allegations contained in their original complaint (Doc. 1). On February 8, 2024, the Court entered an Order (Doc. 14) requiring Plaintiffs to refile the First Amended Complaint including in one documents all allegations and causes of action Plaintiffs assert against Defendants. Plaintiffs' Second Amended Complaint was filed pursuant to the Court's February 8, 2024 Order.