IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JOHN ANDROS,** *et al.*, | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| v. | :   CASE NO: 7:23-cv-135 (WLS) |
| | : |
| **STEPHEN TINSLEY,** *et al.*, | : |
| | : |
| **Defendants.** | : |
| _____ | : |

## ORDER

On May 17, 2024, Plaintiffs' Motion for Leave to File Amended Complaint (Doc. 37) ("Motion") was filed. The Motion was filed within the deadline set in the Court's scheduling order (Doc. 29). On May 31, 2024, Defendants Stephen Tinsley and April Tinsley filed a joint Response to the Motion (Doc. 38) in which they state they do not oppose the Motion, that they deny the additional allegations, and will file an appropriate response to the Third Amended Complaint. Defendant National Insurance Crime Bureau, Inc. has not filed a response.

The Court notes that the filing of an amended complaint moots the pending motions to dismiss (Docs. 21, 22, 25).

Accordingly, it is hereby ORDERED that:

1. Plaintiffs' Motion (Doc. 37) is **GRANTED**.

2. On or before **Wednesday, June 12, 2024** the Plaintiffs shall file their Third Amended Complaint including all allegations and causes of action Plaintiffs assert against Defendants.

3. The pending motions to dismiss (Docs. 21, 22, 25) are **DENIED as MOOT, WITHOUT PREJUDICE**.[1]

**SO ORDERED**, this 10th day of June 2024.

                                              **/s/ W. Louis Sands**
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**

---

[1] In the event the Defendants refile motions to dismiss, they are instructed that they may not incorporate by reference motions to dismiss that were previously filed but are instructed to file the motions in full.