IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHN ANDROS, *et al.*, | : |
| Plaintiffs, | : |
| v. | :    CASE NO: 7:23-cv-135 (WLS) |
| STEPHEN TINSLEY, *et al.*, | : |
| Defendants. | : |

## ORDER

    Before the Court is Defendant National Insurance Crime Bureau's Emergency Motion for Protective Order for September 13 Deposition and Brief in Support (Doc. 83) ("Motion") filed September 11, 2024. Plaintiffs' Response to Defendant National Insurance Crime Bureau's Emergency Motion for Protective Order (Doc. 86) ("Response) was filed September 20, 2024. Upon review of the pending Motion and Response, the Court finds an in-person hearing is necessary.

    Accordingly, it is hereby **ORDERED** that Lead Counsel for all Parties shall appear in-person for the hearing on the pending Motion (Doc. 83) on **Tuesday, January 21, 2025 at 1:30 p.m.**, in the Albany Courthouse. No telephonic or electronic attendance shall be permitted for this hearing.

    **SO ORDERED**, this 22nd day of October 2024.

                                                              /s/ W. Louis Sands
                                                              **W. LOUIS SANDS, SR. JUDGE**
                                                              **UNITED STATES DISTRICT COURT**