IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JOHN ANDROS,** *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :    **CASE NO: 7:23-cv-135 (WLS)** |
| | : |
| **STEPHEN TINSLEY,** *et al.*, | : |
| | : |
| Defendants. | : |
| _____ | : |

### ORDER

Before the Court is Defendant National Insurance Crime Bureau's Inc.'s Brief in Support of its Motion for Sanctions (Doc. 87) ("Motion for Sanctions") as well as Plaintiffs' Response in Opposition (Doc. 90) ("Response"). Upon review of the pending Motion for Sanctions and Response, the Court finds an in-person hearing is necessary.

Accordingly, it is hereby **ORDERED** that Lead Counsel for all Parties shall appear in-person for the hearing on the pending Motion (Doc. 87) on **Tuesday, January 21, 2025 at 1:30 p.m.**, in the Albany Courthouse. No telephonic or electronic attendance shall be permitted for this hearing.

**SO ORDERED**, this 30th day of October 2024.

                                                 /s/W. Louis Sands
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**