IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHN ANDROS, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CASE NO: 7:23-cv-135 (WLS) |
| STEPHEN TINSLEY, *et al.*, | : |
| Defendants. | : |

**ORDER**

Before the Court is the Motion to Extend Deadline for Filing Dispositive Motions (Doc. 97) ("Motion") filed by Defendants Stephen Tinsley, April Tinsley, and National Insurance Crime Bureau, Inc. (collectively the "Defendants"). Therein, Defendants request the Court extend the deadline for filing dispositive motions to thirty (30) days following resolution of the pending motions to dismiss. The current dispositive motion deadline is Friday, March 14, 2025. Plaintiffs have not consented to the extension.

Accordingly, on or before **Thursday, February 11, 2025**, Plaintiffs shall file a response to the Motion. Except upon the filing of a written motion and entry of an order finding good cause, no further briefs shall be filed with respect to the Motion.

**SO ORDERED**, this 7th day of February 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**