IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JOHN ANDROS,** *et al.*, | : |
| Plaintiffs, | : |
| v. | :    CASE NO: 7:23-cv-135 (WLS) |
| **STEPHEN TINSLEY,** *et al.*, | : |
| Defendants. | : |

**ORDER**

By Order (Doc. 98) entered February 7, 2025, the Court ordered Plaintiff to respond to the Motion to Extend Deadline for Filing Dispositive Motions (Doc. 97) ("Motion") filed by Defendants Stephen Tinsley, April Tinsley, and National Insurance Crime Bureau, Inc. (collectively the "Defendants"). This Order corrects the deadline for Plaintiffs to file such response.

Accordingly, on or before **Thursday, February 13, 2025**, Plaintiffs shall file a response to the Motion. Except upon the filing of a written motion and entry of an order finding good cause, no further briefs shall be filed with respect to the Motion.

**SO ORDERED**, this 10th day of February 2025.

                                                /s/W. Louis Sands
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**