IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHN ANDROS, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CASE NO: 7:23-cv-135 (WLS) |
| STEPHEN TINSLEY, *et al.*, | : |
| Defendants. | : |

## ORDER

By Order (Doc. 105) entered April 4, 2025, the Court ordered Counsel for all parties to confer and inform the Court of the next available dates they can attend a rescheduled hearing on National Insurance Crime Bureau, Inc.'s Motion for Protective Order (Doc. 83) and Motion for Sanctions (Doc. 87). This Order corrects the deadline for Counsel to so inform the Court.

Accordingly, Counsel for Plaintiffs and Defendants are directed to confer and inform the Court promptly, and by no later than **Friday, April 11, 2025,** of the next available dates they can attend a rescheduled hearing on the Motion for Protective Order (Doc. 83) and Motion for Sanctions (Doc. 87).

**SO ORDERED**, this 7th day of April 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1