IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JOHN ANDROS,** *et al.*, | : |
| **Plaintiffs,** | : |
| v. | : CASE NO: 7:23-cv-135 (WLS) |
| **STEPHEN TINSLEY,** *et al.*, | : |
| **Defendants.** | : |

## **ORDER**

Before the Court is Defendant National Insurance Crime Bureau's Motion for Sanctions and to Strike Testimony of Plaintiff's Expert Gary Vowell, or Alternatively to Reopen and Extend Fact Discovery and Time for Disclosure of Rebuttal Experts (Doc. 112) ("Motion"). Therein, Defendant National Insurance Crime Bureau ("NICB") asserts Plaintiffs' expert Gary Vowell offered substantially new opinions during his deposition that were not included in his Rule 26 report. NICB requests the Court strike such new opinions or alternatively exclude such testimony. NICB further requests sanctions be issued against Plaintiffs for NICB's attorney fees related to this Motion. Upon review of the pending Motion, the Court finds an in-person hearing is warranted.

The Court presently has a hearing scheduled for Tuesday, May 20, 2025, with respect to NICB's pending Motion for Protective Order (Doc. 83) and Motion for Sanctions (Doc. 87). Arguments with respect to the present Motion (Doc. 112) will also be heard on Tuesday, May 20, 2025.

Accordingly, on or before **Tuesday, May 13, 2025**, Plaintiffs shall file a response to the Motion (Doc. 112). Except upon the filing of a written motion and entry of an order finding good cause, no further briefs shall be filed with respect to the Motion.

It is further **ORDERED** that Lead Counsel for all Parties shall appear in-person for a hearing on the Motion (Doc. 112) on **Tuesday, May 20, 2025** at 2:00 p.m., in the Albany Courthouse. No telephonic or electronic attendance shall be permitted for this hearing.

**SO ORDERED**, this 1st day of May 2025.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**