IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHN ANDROS, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :   CASE NO: 7:23-cv-135 (WLS) |
| | : |
| STEPHEN TINSLEY, *et al.*, | : |
| | : |
| Defendants. | : |
| _____ | : |

**ORDER**

On April 30, 2025, NICB filed a Motion for Summary Judgment (Doc. 114). Therein, NICB refers to surveillance footage which it purports shows Trent Van Lannen's involvement in the execution of one of the search warrants that is the subject to this action. (*See* Doc. 114-1 at 7 referring to surveillance footage as Exhibit O). On Wednesday, May 7, 2025, NICB sent a password protected thumb drive containing the video footage to the Court's Albany location via Federal Express.[1] NICB did not, however, file a Notice of Conventional Filing with respect to the video.

Accordingly, on or before close of business on **Friday, May 16, 2025**, NICB shall file a Notice of Conventional Filing regarding the surveillance footage identified as Exhibit O in NICB's Motion for Summary Judgment. Any future exhibits requiring a Notice of Conventional Filing in this matter are to be sent to the Court's Valdosta Division, the location where this case is pending.

**SO ORDERED**, this 14th day of May 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

---

[1] The password was provided via email addressed to Gloria Anderson, Courtroom Deputy for the Honorable W. Louis Sands.