IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHN ANDROS, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CASE NO: 7:23-cv-135 (WLS) |
| STEPHEN TINSLEY, *et al.*, | : |
| Defendants. | : |

**ORDER**

By Order (Doc. 131) entered May 14, 2025, the Parties were ordered to advise the Court of their position as to the effect of Defendants April Tinsley and Stephen Tinsley's (together the "Tinsley Defendants") interlocutory appeal[1] on all matters currently pending before this Court. In the event a party or parties showed, with appropriate citations, that the pending matters should be stayed, the Court notified the parties that it would suspend the May 20, 2025 hearing with respect to Defendant National Insurance Crime Bureau's ("NICB") non-dispositive motions (Docs. 83, 87, 112) and would consider the matter further before holding a hearing as presently scheduled.

In their responses (Docs. 136, 137) Stephen Tinsley and NICB state, with supporting citations and arguments, that the case should be stayed with respect to NICB's motion for summary judgment. NICB further requests, again with supporting citations and arguments, that the Court suspend the May 20, 2025 hearing, and consider the matter further before hearing arguments on NICB's non-dispositive motions (Docs. 83, 87, 112).[2]

---

[1] The Tinsley Defendants appealed the Court's Order (Doc. 103) denying in part the Tinsley Defendants' motions to dismiss, and in particular the Court's finding that the Tinsley Defendants are not entitled to qualified immunity.

[2] The Court notes receipts of the responses of April Tinsley (Doc. 135) and Plaintiffs (Doc. 138) indicating that a stay is not required.

Accordingly, in accordance with the Court's Order (Doc. 131) and for good cause shown, this matter is **STAYED** pending resolution of the Tinsley Defendants' interlocutory appeal or pending further orders of this Court.

Consistent with the Court's May 14, 2025 Order, the hearing scheduled for May 20, 2025, is **CONTINUED**. The Court takes the Parties' responses regarding the effect of the interlocutory appeal on NICB's non-dispositive motions (Docs. 83, 87, 112) under advisement and will issue an order on same before proceeding, if appropriate.

The Court finds that NICB's Motion for Summary Judgment (Doc. 114), a dispositive motion filed after the filing of the Tinsley Defendants' Notice of Appeal (Doc. 107), was filed improvidently. Accordingly, the Motion for Summary Judgment (Doc. 114) is **DISMISSED WITHOUT PREJUDICE**. To the extent deemed appropriate, such Motion (Doc. 114) may be refiled after resolution of the pending interlocutory appeal.

**SO ORDERED**, this 19th day of May 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**