IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JOHN ANDROS, *et al.*, | : | |
| Plaintiffs, | : | |
| | : | CASE NO: |
| v. | : | 7:23-cv-135 (WLS) |
| | : | |
| STEPHEN TINSLEY, *et al.*, | : | |
| Defendants. | : | |

### ORDER

The Court was notified by an email received on July 23, 2025, from the office of counsel for Plaintiffs, Brett Savage, of Savage, Turner, Pinckney, Savage & Sprouse, that Plaintiffs' claims against Defendants Stephen Tinsley and April Tinsley (together, the "Tinsley Defendants") have been settled. Copies of the email correspondence appears to have been sent to the Tinsley Defendants' counsel as well as to counsel for co-defendant National Insurance Crime Bureau, Inc. ("NICB"). Plaintiffs' counsel indicates the Plaintiffs are ready to proceed to trial with NICB.

To ensure the timely and orderly disposition of this case as to the Tinsley Defendants, the Plaintiffs and the Tinsley Defendants are hereby **ORDERED** to file a joint stipulation of dismissal of all claims against the Tinsley Defendants by **no later than Monday, August 25, 2025**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED**, this 25th day of July 2025.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT