IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JOHN ANDROS,** *et al.*, | : |
| Plaintiffs, | : |
| v. | : CASE NO: 7:23-cv-135 (WLS) |
| **STEPHEN TINSLEY,** *et al.*, | : |
| Defendants. | : |

### ORDER

Pursuant to the Court's Order entered simultaneously herewith as to National Insurance Crime Bureau's ("NICB") Emergency Motion for Protective Order (Doc. 83) and NICB's Motion for Sanctions and to Strike Testimony of Plaintiff's Expert Gary Vowell (Doc. 112), the discovery period is reopened and extended for the following limited purposes:

1. NICB shall produce its designated Rule 30(b)(6) witness at an appointed time duly noticed by Plaintiffs in accordance with the Rules within the extended limited discovery period.

2. Within thirty (30) days of entry of this Order, or on or before **Thursday, October 30, 2025**, Plaintiffs shall make their expert witness, Gary Vowell, available for NICB to conduct Mr. Vowell's supplemental deposition limited to the scope of the new opinions disclosed in his deposition taken January 9, 2025.

3. Immediately after concluding Mr. Vowell's supplemental deposition, NICB shall provide notice of a rebuttal expert witness, if any, and shall make such witness available for deposition no later than thirty (30) days after said expert notice and at a date within the extended discovery period.

4. The fact discovery deadline is extended through and including **Thursday, December 9, 2025**.

5. The dispositive motion deadline is extended through and including **Friday, January 23, 2026**.

All other existing deadlines and timeframes set out in the Discovery Order, as amended (Docs. 29, 68, 93 & 95), shall remain in effect to the extent that they do not conflict with the instant Order.

Counsel are ordered to confer and cooperate in good faith so as to timely accomplish the limited discovery as outlined herein.

**SO ORDERED**, this 30th day of September 2025.

>               /s/W. Louis Sands
>               **W. LOUIS SANDS, SR. JUDGE**
>               **UNITED STATES DISTRICT COURT**