IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JOHN ANDROS, JULIE ANDROS,
KINGS PARKWAY, LLC d/b/a 67
MOTORS, and IDEAL TRANSPORT,
LLC,

     Plaintiffs,

v.

NATIONAL INSURANCE CRIME
BUREAU, INC.,

     Defendant.

Civil Action File No:
7:23-CV-00135-WLS

## CONSENT ORDER GRANTING MOTION TO STIPULATE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

It appearing to the court that the parties have so consented, and for good cause having been shown, IT IS HEREBY ORDERED AND ADJUDGED that Defendant NICB shall have until **March 6, 2026** to file pleadings responsive to Plaintiffs' Response to NICB's Motion for Summary Judgment [Doc. 164].

SO ORDERED this _26th_ day of February, 2026.

_____
The Honorable W. Louis Sands
Senior Judge, United States District
Court for the Middle District of GA

**Prepared by:**
Gwendolyn D. Havlik, Esq.
Cameron J. Poole, Esq.
Drew Eckl & Farnham, LLP
*Attorneys for Defendant National Insurance Crime Bureau, Inc.*

- 6 -

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JOHN ANDROS, JULIE ANDROS,
KINGS PARKWAY, LLC d/b/a 67
MOTORS, and IDEAL TRANSPORT,
LLC,

     Plaintiffs,

v.

NATIONAL INSURANCE CRIME
BUREAU, INC.,

     Defendant.

Civil Action File No:
7:23-CV-00135-WLS

## [PROPOSED] CONSENT ORDER GRANTING MOTION TO STIPULATE TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

It appearing to the court that the parties have so consented, and for good cause having been shown, IT IS HEREBY ORDERED AND ADJUDGED that Defendant NICB shall have until **March 6, 2026** to file pleadings responsive to Plaintiffs' Response to NICB's Motion for Summary Judgment [Doc. 164].

SO ORDERED this ___26th___ day of February, 2026.

_____
The Honorable W. Louis Sands
Senior Judge, United States District
Court for the Middle District of GA

**Prepared by:**
Gwendolyn D. Havlik, Esq.
Cameron J. Poole, Esq.
Drew Eckl & Farnham, LLP
***Attorneys for Defendant National Insurance Crime Bureau, Inc.***

- 6 -